TDK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

   - against -                09 MJ 00021

RASHEED FREEMAN,

          Defendants.

- - - - - - - - - - - - - - - - - X

### NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Assistant United States Attorney Todd Kaminsky hereby enters his appearance in the above-captioned matter. The Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to the email address set forth below.


Dated: Brooklyn, New York
     January 16, 2008

                           Respectfully submitted,

                           BENTON J. CAMPBELL
                           United States Attorney
                           Eastern District of New York


                 By:  _____/s/_____
                           Todd Kaminsky
                           Assistant U.S. Attorney
                           Eastern District of New York
                           271 Cadman Plaza East
                           todd.kaminsky@usdoj.gov
                           Brooklyn, New York 11201
                           (718) 254-6367


cc:  Clerk of the Court (via ECF)
     Counsel (via ECF)